B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moran, Roxy L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9541** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2712 Lake Shore Drive**<br>**Joliet, IL**<br>ZIP Code **60431** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☒ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)         Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Moran, Roxy L.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Moran, Roxy L.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roxy L. Moran**
Signature of Debtor **Roxy L. Moran**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 15, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Joseph E. Cohen**
Signature of Attorney for Debtor(s)

**Joseph E. Cohen 3123243**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

_____
Address

**Email: jcohen@cohenandkrol.com**
**312-368-0300 Fax: 312-368-4559**
Telephone Number

**August 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roxy L. Moran**                            Case No. _____

Debtor(s)             Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                       Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Roxy L. Moran**
                            **Roxy L. Moran**

Date:   **August 15, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Roxy L. Moran**                                                          ,          Case No. _____

                                    Debtor

                                                                                             Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 185,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 158,110.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 654,103.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 3,076,171.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | | Total Assets | 185,000.00 | | |
| | | | Total Liabilities | 3,888,385.36 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Roxy L. Moran**                             ,      Case No. _____

                                                   Debtor          Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roxy L. Moran** _____   Case No. _____
_____Debtor(s)   Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First American Bank** | **Describe Property Securing Debt:**<br>**2712 Lake Shore Dr., Joliet, IL 60431** |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**JPMorgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**2712 Lake Shore Dr., Joliet, IL 60431** |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                                         Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __August 15, 2010__              Signature  __/s/ Roxy L. Moran__

                                                  **Roxy L. Moran**
                                                  Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roxy L. Moran** _____   Case No. _____
Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 15, 2010** _____

**/s/ Joseph E. Cohen** _____
**Joseph E. Cohen 3123243**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**
**jcohen@cohenandkrol.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Roxy L. Moran**                          Case No. _____

                                       Debtor(s)      Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Roxy L. Moran** | X **/s/ Roxy L. Moran**          **August 15, 2010** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor         Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)      Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roxy L. Moran** _____     Case No. _____
                                       Debtor(s)         Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **180**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 15, 2010** _____     **/s/ Roxy L. Moran** _____
                                                    **Roxy L. Moran**
                                                    Signature of Debtor

A.C.Coring
11701 S Lavergne Ave
Alsip, IL 60803-5617


Aaron Engineering
5420 W Roosevelt Rd
60644


Able Disposal
P.O. Box 9001099
Louisville, KY 40290-1099


Accountemps
12400 Collections Center Dr.
Chicago, IL 60693


Action Insulation Inc.
P.O. Box 163
Palos Park, IL 60464


Addison Pipe & Tube Co
355 N Lavergne Ave
Chicago, IL 60644-2590


Air Fitter Engineers Inc.
847 S. Randall Rd. #403
Elgin, IL 60123


Air Products Equipment Company
1555 Louis Avenue
Elk Grove, IL 60007-2313


AirGas North Central
P.O. Box 802588
Chicago, IL 60680


All Points Foodservice
607 W. Dempster Street
Mount Prospect, IL 60056


Alliance Accounting & Tax
9480 Enterprise Dr
Mokena, IL 60448

Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689


Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248


Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431


Any Custom Sheet Metal Inc
P.O. Box 403
Chicago Ridge, IL 60415


Applied Industrial Tech, Inc
4643 W 138th St.
Crestwood, IL 60445


Auto-Owners Insurance
P.O. Box 30315
Lansing, MI 48909-7815


B & H Auto
9400 W Ogden Ave
Brookfield, IL 60513


Barr Mechanical Sales, Inc.
13719 W Laurel Dr
Lake Forest, IL 60045


Beaver Research Co
3700 E Kilgore Rd
Portage, MI 49002


BI Equipment
4021 W 127th St
Alsip, IL 60803


BLM Technologies, Inc.
PO Box 1575 #74
Minneapolis, MN 55480-1575

Blue Cross & Blue Shield
of Illinois
PO Box 1186
Chicago, IL 60690-1186


Bob & John Citgo
8204 West 47th Street
Lyons, IL 60534


Bornquist, Inc.
P.O. Box 112
Evanston, IL 60204-0112


Boylston 21st Century
9118 W 47th St
Brookfield, IL 60513


Bradish Associates Ltd
215 N Arlington Road
Arlington Heights, IL 60004


Brian Kocsis LLC
222 S Mill St Suite #200
Naperville, IL 60540


Brucker Company
Dept#20-1042 P.O. Box 5940
Carol Stream, IL 60197-5940


BSI Engineering
5721 Dragon Way
Cincinatti, OH 45227


C.B.S. Messenger Service Inc
P.O. Box 1817
Palatine, IL 60078


Calumet Lift Truck Service Co
35 E 168th Street
South Holland, IL 60473


Carrier Corporation
P 0 Box 905506
805 Tyvola Rd, Suite 108
Charlotte, NC 28290-5506

Carrier-Oehler Co
16965 Vincennes PO Box 40
South Holland, IL 60473


CBeyond Communications
13474 Collections Center Drive
Chicago, IL 60693


Central Contractors Service Inc
4655 W 137th St
Crestwood, IL 60445


Chi. Reg. Council Carpenters #1693
12 E. Erie St.
Chicago, IL 60611


Cintas
PO Box #5
Bedford Park, IL 60499-0005


CNA Surety
8137 Innovation Way
Chicago, IL 60682-0081


Code Red
6205 Indianapolis Blvd
Hammond, IN 46320


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673-1236


ComEd
Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


Complete Energy Management
Control Co.
8450 W. 191st St., Suite 18
Mokena, IL 60448

Constr. Workers Pension/Lake County
Local 142
2111 W. Lincoln Hgwy.
Merrillville, IN 46410

Construction Data Services
2348 Hampton Ave
St. Louis, MO 63139

Construction King
7635 W Autullo Drive
Worth, IL 60482

Contracting & Material Co.
PO Box 74631
Chicago, IL 60675-4631

Crandall & Lightfoot
1162 S Babcock Rd
Burns Harbor, IN 46304

Crest Metal
2900 E. 95th St.
Chicago, IL 60617

Custom Welding Shop
11128 W 189th St
Mokena, IL 60448

David J Shewmake
4722 W 147th ST 2nd Floor Suite 12
Midlothian, IL 60445

Davies Supply Company
6601 West Grand Avenue
Chicago, IL 60707

Delano Conveyor & Equipment Co
5 S 043 Fairway Dr
Naperville, IL 60563

Dell Financial Services
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197

Diamond Tool & Abrasives, Inc
P.O. Box 92170
Elk Grove Village, IL 60009


Douglas Crane Service Inc
206 Julie Dr
Kankakee, IL 60901


Earley Insulation Inc
P.O. Box 528028
Chicago, IL 60652


Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131


Ellen Moran
2712 Lake Shore Dr.
Joliet, IL 60431


Engine Masters Inc
22037 Howell Dr
New Lenox, IL 60451


Engineered Air
C/O Commerce Bank PO Box 801618
Kansas City, MO 64108-1618


Euler Hermes ACI
600 S 7th St
Louisville, KY 40201


Fastenal
Company P.O. Box 978
Winona, MN 55987-0978


First American Bank
P. O. Box 7983
Joliet, IL 60431


Fluid Air Products
7535 Plaza Court
Willowbrook, IL 60527

Fluidtrol Process Technologies Inc
PO Box 1418
Pelham, AL 35124


FM&J Asphalt Inc
4302 W Warren
Hillside, IL 60162


Fort Dearborn Life Insurance Co
36788 Eagle Way
Chicago, IL 60678-1367


Frank Cassano
21128 Eugene Siegel Ct
Crest Hill, IL 60403


G&O Thermal Supply Company
5435 North Northwest Highway
Chicago, IL 60630-1132


GCS Sercive, Inc.
24673 Network Place
Chicago, IL 60673-1246


GE Capital
P.O. Box 536447
Atlanta, GA 30353-6447


General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409


Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308


Great Lakes Welding Supply, Inc
1226 Birch Drive
Schererville, IN 46375


H-F Credit Union
18130 Pulaski Rd
Country Club Hills, IL 60478

H-F Credit Union
18130 Pulaski Rd
Country Club Hills, IL 60478


H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078


Harris Bank (f/k/a Amcore Bank)
c/o Edw. Thompson
1620 N. Milwaukee Av.
Vernon Hills, IL 60061


Health Concepts LLC
8085 Randolph St
Hobart, IN 46342


Heritage- Crystal Clean LLC
13621 Collections Center Dr
Chicago, IL 60693-0136


Hernandez Mechanical Inc
701 Norbeh Drive
Hebron, IN 46341


Hessville Cable & Sling Co.
1601 Cline Ave
Gary, IN 46406


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034


Imbert International Inc
7030 N Austin Ave
Niles, IL 60714

Independent Pipe And Supply Co.
11645 Merrion Lane
Merrionette Park, IL 60803


Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221


Indiana Reg. Coun./Carpenters #1043
c/o Law Office of Paul Berkowitz
123 W. Madison St. Ste. #600
Chicago, IL 60602


Industrial Rents Inc
P.O. Box 11672
Merrillville, IN 46411


Intek Manufactuting LLC
11118 Coldwater Road, Suite #200
Fort Wayne, IN 46845


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Iron Wrkrs. Pension Fund Local 395
2350 E. 170th St.
P.O. Drawer M
Lansing, IL 60438


J & L Fasteners
6944 Parrish Ave
Hammond, IN 46323


J.P. Larsen Inc
P.O. Box 2597
Oaklawn, IL 60455


Jaws Heating & Cooling
4722 West 147th Street
2nd Floor - Suite
Midlothian, IL 60445

Johnson & Krol, LLC
300 South Wacker Drive
Suite 1313
Chicago, IL 60606


Johnson & Krol, LLC
300 South Wacker Drive
Suite 1313
Chicago, IL 60606


Johnson Pipe & Supply Co.
PO Box 5940
Carol Stream, IL 60197-5940


JPMorgan Chase Bank, N.A.
P. O. Box 9001123
Louisville, KY 40290


Just Energy
Credit Management Control
200 S Monroe Ave, PO Box 1654
Green Bay, WI 54305-1654


K-Med Corporation
3037 Jonquil Lane
Woodridge, IL 60517


Keller Machine & Welding, Inc.
5705 Murvihill Rd.
Valparaiso, IN 46383


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Kirk & Blum
PO Box 630202
Cincinatti, OH 45263-0202


LaGrange Crane Service, Inc.
6180 River Road
Hodgkins, IL 60525

Lee Mandel & Associates Inc
415 W Jackson Ave
Naperville, IL 60540-5205


Liberty Propane
PO Box 458
Lemont, IL 60439-0458


Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185


Ludeca Inc
1425 N,W. 88th Ave
Doral, FL 33172-3017


M&B Fabricating
815 MCCooI Road
Valparaiso, IN 46385


Marco Supply Company, Inc
999 W. 37th St.
Chicago, IL 60609


McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389


Meany Electrical Contractors
17401 S Laflin
East Hazel Crest, IL 60429-1864


Meilner Mechanical
19 W College Dr
Arlington Heights, IL 60004-1954


Mercon Supply
2865 Festival Drive
Kankakee, IL 60901


Mid Lakes Distributing
1029-37 W Adams St
Chicago, IL 60607-2995

Midwest Machine Service Inc
5632 W Pleasant Blvd
Chicago Ridge, IL 60415


Midwest Machining & Fabricating Inc
711 W Main St
Griffith, IN 46319


Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411


Mobile Mini Inc
7420 S Kyrene Rd Suite#101
Tempe, AZ 85283


Modular Space Corporation
12603 Collections Center Dr
Chicago, IL 60693-0126


Motion Industries, Inc.
P.O. Box 504606
St. Louis, MO 63150-4606


MSC Industrial Supply Co
P.O. Box 382070
Pittsburgh, PA 15250-8070


Nagle Obarski PC
222 South Mill Street, Suite 200
Naperville, IL 60540


Namasco
P.O Box 11
Peosta, IA 52068


Nickelson Industrial Service
8501 S. Baltimore Ave.
Chicago, IL 60617


Nicor
P.O. Box 0632
Aurora, IL 60507-0632

Nipsco
P.O. Box 13007
Merrillville, IN 46411-3007


Nobel Air, LLC
6652 W. 88th St.
Oak Lawn, IL 60453


Novaspect
1776 Commerce Drive
Elk Grove Village, IL 60007


P&G Engineering Company
11924 S 88th Ave
Palos Park, IL 60464


Pipe Fitters Retirement Fund
Local 597
45 N. Ogden Avenue
Chicago, IL 60607


Pipe Fitters Welfare Fund Local 597
45 N. Ogden Av.
Chicago, IL 60607


Plumbers/Pipefitters #501 No. Ill.
1295 Butterfield Rd.
Aurora, IL 60502-8879


Plumbers/Pipefitters Local 422 Fund
c/o Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604-3958


Portage Electric Supply Corp
6487 Melton Road
Portage, IN 46368-1269


Portage Home Center
6455 Melton Rd US-20
Portage, IN 46368

Praxair
963- Praxair Distribution
Dept CH 10660
Palatine, IL 60055-0660


Recco Tool & Supply
8805 Joliet Road
McCook, IL 60525


Robert-James Sales, Inc.
P.O. Box 7999
Buffalo, NY 14225


Roberts Environmental Control Corp
8500 W 185th St Suite B
Tinley Park, IL 60487


Roof Products & Systems
PO BOX 5133
Chicago, IL 60680-5133


Ruben Alonso


Russ Kanz
3707 Cleveland Av.
Brookfield, IL 60513


S&M Properties
15439 Wildflower Ln.
Westfield, IN 46074-9779


SASMI Trust Fund
601 N. Fairfax St.
Suite #400
Alexandria, VA 22314


School District Publishing
1507 East 53rd St Dept 601
Chicago, IL 60515


Selective Insurance
Box 371468
Pittsburgh, PA 15250-7468

Setan Identification Products
P.O. Box 95904
Chicago, IL 60694-5904


Sheet Metal Workers Local Union 265
National Fund Office P.O. Box 79321
Baltimore, MD 21202


Sherwin Williams
5111 Dansher Rd
Countryside, IL 60525


South Side Control Supply Co.
488 North Milwaukee Avenue
Chicago, IL 60610-7923


Special T Unlimited
4835 W Butterfield Road
Hillside, IL 60162-1483


Sprint
P.O. Box 4191
Carol Stream, IL 60197-5400


Staples
Dept 51-7819705954
PO Box 689020
Des Moines, IA 50368-9020


Steel Cities Steels Inc
395 Melton Rd
Burn Harbor, IN 46304


Steiner
1250 Touhy Ave.
Elk Grove Village, IL 60007


Swift Saw & Tool Supply
1200 W 171st St
Hazel Crest, IL 60429


Target Truck Rentals
999 US 41 P.O. Box 675
Schererville, IN 46375

TCS Corporation
8221 W Palmoma Dr
Orland Park, IL 60462


Teamsters Local 142
1300 Clark Road
Gary, IN 46404


Temperature Equipment Corp.
Lockbox#774503
4503 Solutions Center
Chicago, IL 60677


The Computor Guy
500 W Irving Park Rd
Bensenville, IL 60106


The Daily Journal
Eight Dearborn Square
Kankakee, IL 60901


Thermosystems, Inc.
1153 North Main Street
Lombard, IL 60148


Toshiba America Business Solutions
P.O. Box 740441
Atlanta, GA 30374-0441


Total Safety
320 Industrial Dr
Griffith, IN 46319


Varied Products Of Indiana Inc
2180 North State Road 149
Chesterton, IN 46304


Verizon
North P.O. Box 9688
Mission Hills`, CA 91346-9688


Village Of Alsip
4500 W 123rd St
Alsip, IL 60803-2599

Warehouse Direct
1601 W Algonquin Road
Mount Prospect, IL 60056


White Cap Construction Supply
9950 S 134th St
Omaha, NE 68138-6199


Wiesbrook Sheet Metal INC.
25502 West Ruff Road
Plainfield, IL 60544


William Pavlecic Architect
53 W Jackson Blvd
Chicago, IL 60604


WMI Technologies, Inc.
2019 Corporate Lane Suite 111
Naperville, IL 60563


Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


York International Corp
Unitary Products
PO Box 905578
Charlotte, NC 28290-5578


Zonatherm
251 Holbrook
Wheeling, IL 60090