# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:  §
 §
MORAN, ROXY L.  §  Case No. 10-36416
 §
 Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $

     Funds were disbursed in the following amounts:

     Payments made under an interim
     disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $             , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/MICHAEL G. BERLAND
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit A

| Case No: | 10-36416 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | MORAN, ROXY L. | | |

For Period Ending:  01/31/13

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 08/15/10 (f) |
| 341(a) Meeting Date: | 09/16/10 |
| Claims Bar Date: | 12/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 2712 Lake Shore, Joliet-scheduled | 185,000.00 | 143,111.10 | | 0.00 | FA |
| 2. Cash-scheduled | 40.00 | 0.00 | | 0.00 | FA |
| 3. Household furnishings-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. Watches and bracelets-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 6. Golf clubs and cameras | 250.00 | 0.00 | | 0.00 | FA |
| 7. Term insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8. Life insurance through union-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA-schedule | 44,882.53 | 0.00 | | 0.00 | FA |
| 10. Roth IRA-scheduled | 2,523.42 | 0.00 | | 0.00 | FA |
| 11. 30% interest in 3RC Mechanical-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 12. 20% interest in Mack Leasing | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1/2 interest in 2002 Corvette-scheduled<br>Covered by settlement for $48,000 | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. i/2 interest for 2000 Corvette-schedule<br>Covered by settlement for $48,000 | 10,000.00 | 4,500.00 | | 0.00 | FA |
| 15. 1/2 interest 2002 Ford Taurus-scheduled<br>Covered by settlement for $48,000 | 1,000.00 | 500.00 | | 0.00 | FA |
| 16. 1/2 interest in double wide trailer-scheduled<br>Covered by teh settlement for $48,000 | Unknown | 8,000.00 | | 0.00 | FA |
| 17. Computer and accesories-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 18. 1/2 iInterest in transferred lot- in Florida-sch<br>$48,000 settlement also includes compromise of interest in in Assets<br>13-16 | Unknown | 30,000.00 | | 48,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.32 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit A

| Case No: | 10-36416 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | MORAN, ROXY L. | | |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 08/15/10 (f) |
| 341(a) Meeting Date: | 09/16/10 |
| Claims Bar Date: | 12/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $261,795.95 | $186,111.10 | | $48,002.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The debtor has equity in certain vehicles and a double wide trailer. The Trustee received court approval to compromise

his interest in these items. The Trustee filed a Motion To Emply Accountant. Ttax returns were filed.

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-36416  -BL | |
| Case Name: | MORAN, ROXY L. | |
| Taxpayer ID No: | *******1983 | |
| For Period Ending: | 01/31/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7665  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 18 | Ellen Moran | Payment of settlement amount for vaious assets per court order | 1110-000 | 48,000.00 | | 48,000.00 |
| | | | DEPOSIT CHECK #1109 | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 48,000.03 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 48,000.43 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 108.49 | 47,891.94 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -83.49 | 47,975.43 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 47,975.82 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.54 | 47,877.28 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,877.68 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.10 | 47,782.58 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.39 | | 47,782.97 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.73 | 47,678.24 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,678.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.96 | 47,580.68 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -97.26 | 47,677.94 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 47,678.25 |
| 01/25/12 | | Transfer to Acct #*******4802 | Bank Funds Transfer | 9999-000 | | 47,678.25 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 48,002.32 | 48,002.32 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 10-36416  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MORAN, ROXY L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7665  Money Market Account |
| Taxpayer ID No: | *******1983 | | | |
| For Period Ending: | 01/31/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 48,002.32 | 48,002.32 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 47,678.25 | |
| | | | Subtotal | | 48,002.32 | 324.07 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 48,002.32 | 324.07 | |

Page Subtotals                          0.00                    0.00

LFORM24

Ver: 17.00b

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-36416  -BL |
| Case Name: | MORAN, ROXY L. |
| Taxpayer ID No: | *******1983 |
| For Period Ending: | 01/31/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7666  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        10-36416  -BL

Case Name:    MORAN, ROXY L.

Taxpayer ID No:    *******1983

For Period Ending:  01/31/13

Trustee Name:        MICHAEL G. BERLAND

Bank Name:        Congressional Bank

Account Number / CD #:    *******4802  Checking Account

Blanket Bond (per case limit):    $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7665 | Bank Funds Transfer | 9999-000 | 47,678.25 | | 47,678.25 |
| 03/15/12 | 001001 | Gloria Longest | Payment of accountant for preparatoin of tax returns per court order | 3410-000 | | 500.00 | 47,178.25 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 47,678.25 | 500.00 | 47,178.25 |
| Less:  Bank Transfers/CD's | | 47,678.25 | 0.00 | |
| Subtotal | | 0.00 | 500.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7665 | 48,002.32 | 324.07 | 0.00 |
| Checking Account - *******7666 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4802 | 0.00 | 500.00 | 47,178.25 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 48,002.32 | 824.07 | 47,178.25 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Ver: 17.00b

LFORM24

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 31, 2013

Case Number:   10-36416
Debtor Name:   MORAN, ROXY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200￼2100-00 | MICHAEL G. BERLAND￼1 NORTH LASALLE STREET￼STE 1775￼CHICAGO, IL  60602 | Administrative | | $0.00 | $5,550.16 | $0.00 |
| 200￼2200-00 | MICHAEL G. BERLAND￼1 NORTH LASALLE STREET￼STE 1775￼CHICAGO, IL  60602 | Administrative | | $0.00 | $38.40 | $0.00 |
| 1￼570￼5800-00 | DEPARTMENT OF THE TREASURY￼Internal Revenue Service￼PO Box 21126￼Philadelphia, PA  19114 | Priority | | $0.00 | $217,921.30 | $217,921.30 |
| 2P￼570￼5800-00 | Pipe Fitters Retirement Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $54,571.34 | $54,571.34 |
| 2P-2￼040￼5400-00 | Pipe Fitters Retirement Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $54,571.34 | $0.00 |
| 2S-2￼040￼5400-00 | Pipe Fitters Retirement Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $54,571.34 | $54,571.34 |
| 3P￼570￼5800-00 | Pipe Fitters Welfare Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $47,278.51 | $0.00 |
| 3P-2￼040￼5400-00 | Pipe Fitters Welfare Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $47,278.51 | $47,278.51 |
| 4P￼570￼5800-00 | Pipe Fitters Training Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $9,325.30 | $0.00 |
| 4P-2￼040￼5400-00 | Pipe Fitters Training Fund, Local 597￼c/o Johnson & Krol, LLC￼300 S. Wacker Dr., Suite 1313￼Chicago, IL  60606 | Priority | | $0.00 | $9,325.30 | $9,325.30 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-36416
Debtor Name: MORAN, ROXY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 040 5300-00 | Pipe Fitters' Association, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $2,470.00 | $0.00 |
| 5 -2 030 5300-00 | Pipe Fitters' Association, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $2,470.00 | $2,470.00 |
| 6P 570 5800-00 | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $16,614.00 | $0.00 |
| 6P-2 040 5400-00 | Pipe Fitters' Individual Account c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $16,614.00 | $16,614.00 |
| 7P 570 5800-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $282.04 | $0.00 |
| 7P-2 040 5400-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $282.04 | $282.04 |
| 8P 570 5800-00 | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $1,692.15 | $0.00 |
| 8P-2 040 5400-00 | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | | $0.00 | $1,692.15 | $1,692.15 |
| 10 570 5800-00 | P&G Engineering Company 11924 S 88th Ave Palos Park, IL 60464 | Priority | | $0.00 | $347.15 | $347.15 |
| 12 570 5800-00 | Gordon Bros. Steel Warehouse 1340 W 43rd St Chicago, IL 60609-3308 | Priority | | $0.00 | $61,587.03 | $61,587.03 |
| 24P 570 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $37,824.86 | $37,824.86 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                     Date: January 31, 2013

Case Number:    10-36416
Debtor Name:    MORAN, ROXY L.                     Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2U 610 7100-00 | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $76,362.53 | $76,362.53 |
| 2U-2 610 7100-00 | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $76,362.53 | $76,362.53 |
| 3U 610 7100-00 | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $87,930.95 | $0.00 |
| 3U-2 610 7100-00 | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $87,930.95 | $87,930.95 |
| 4U 610 7100-00 | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $14,758.59 | $0.00 |
| 4U-2 610 7100-00 | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $14,758.59 | $14,758.59 |
| 6U 610 7100-00 | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $6,184.77 | $0.00 |
| 6U-2 610 7100-00 | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $6,184.77 | $6,184.77 |
| 7U 610 7100-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $430.34 | $0.00 |
| 7U-2 610 7100-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | Unsecured | | $0.00 | $430.34 | $430.34 |

| | EXHIBIT C | | | | |
|---|---|---|---|---|---|
| Page 4 | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2013 |

Case Number:    10-36416

Debtor Name:    MORAN, ROXY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8U<br>610<br>7100-00 | Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL  60606 | Unsecured | | $0.00 | $2,952.88 | $0.00 |
| 8U-2<br>610<br>7100-00 | Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL  60606 | Unsecured | | $0.00 | $2,952.88 | $2,952.88 |
| 9<br>610<br>7100-00 | Warehouse Direct<br>1601 W Algonquin Road<br>Mount Prospect, IL  60056 | Unsecured | | $0.00 | $205.15 | $205.15 |
| 11<br>610<br>7100-00 | Lift Works, Inc.<br>1130 Carolina, Unit F<br>West Chicago, IL  60185 | Unsecured | | $0.00 | $570.00 | $570.00 |
| 13<br>610<br>7100-00 | Steiner<br>1250 Touhy Ave.<br>Elk Grove Village, IL  60007 | Unsecured | | $0.00 | $517.88 | $517.88 |
| 14<br>610<br>7100-00 | Nobel Air, LLC<br>6652 W. 88th St.<br>Oak Lawn, IL  60453-1014 | Unsecured | | $0.00 | $10,665.00 | $10,665.00 |
| 15<br>610<br>7100-00 | McCann Industries Inc<br>38951 Eagle Way<br>Chicago, IL  60678-1389 | Unsecured | | $0.00 | $440.62 | $440.62 |
| 16<br>610<br>7100-00 | Mercon Supply<br>2865 Festival Drive<br>Kankakee, IL  60901 | Unsecured | | $0.00 | $3,684.83 | $3,684.83 |
| 17<br>610<br>7100-00 | Illinois Mechanical Sales, Inc.<br>2627 North Western Avenue<br>Chicago, IL  60647-6623 | Unsecured | | $0.00 | $1,869.07 | $1,869.07 |
| 18<br>610<br>7100-00 | Recco Tool & Supply<br>8805 Joliet Road<br>McCook, IL  60525 | Unsecured | | $0.00 | $980.03 | $980.03 |
| 19<br>610<br>7100-00 | Portage Home Center<br>6455 Melton Rd US-20<br>Portage, IN  46368 | Unsecured | | $0.00 | $536.81 | $536.81 |
| 20<br>610<br>7100-00 | General Machining Solutions<br>P.O BOX 1175<br>Calumet City, IL  60409 | Unsecured | | $0.00 | $5,146.43 | $5,146.43 |
| 21<br>610<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Unsecured | | $0.00 | $158.88 | $158.88 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2013 |

Case Number:   10-36416            Claim Class Sequence
Debtor Name:   MORAN, ROXY L.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22<br>610<br>7100-00 | Wright Express Fleet Services<br>Wright Express Financial Services<br>PO Box 639<br>Portland, ME  04103 | Unsecured | | $0.00 | $16,224.23 | $16,224.23 |
| 23<br>610<br>7100-00 | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL  60431 | Unsecured | | $0.00 | $456,302.67 | $456,302.67 |
| 24U<br>620<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | | $0.00 | $5,015.36 | $5,015.36 |
| 2S<br>050<br>4210-00 | Pipe Fitters Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL  60606 | Secured | | $0.00 | $14,000.00 | $11,900.00 |
| | Case Totals: | | | $0.00 | $1,535,864.00 | $1,283,684.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-36416
Case Name: MORAN, ROXY L.
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY Internal Revenue Service PO Box 21126 Philadelphia, PA  19114 | $ | $ | $ |
| 2P | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 2P-2 | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 2S-2 | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 3P-2 | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 4P | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 4P-2 | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 5 | Pipe Fitters' Association, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 5 -2 | Pipe Fitters' Association, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 6P-2 | Pipe Fitters' Individual Account c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 7P | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 7P-2 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 8P | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 8P-2 | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 10 | P&G Engineering Company 11924 S 88th Ave Palos Park, IL  60464 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Gordon Bros. Steel Warehouse 1340 W 43rd St Chicago, IL 60609-3308 | $ | $ | $ |
| 24P | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to priority creditors                     $_____

Remaining Balance                                          $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 2U-2 | Pipe Fitters Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 3U-2 | Pipe Fitters Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 4U | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 4U-2 | Pipe Fitters Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 6U | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 6U-2 | Pipe Fitters' Individual Account and 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 7U-2 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 8U | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 8U-2 | Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL  60606 | $ | $ | $ |
| 9 | Warehouse Direct 1601 W Algonquin Road Mount Prospect, IL  60056 | $ | $ | $ |
| 11 | Lift Works, Inc. 1130 Carolina, Unit F West Chicago, IL  60185 | $ | $ | $ |
| 13 | Steiner 1250 Touhy Ave. Elk Grove Village, IL 60007 | $ | $ | $ |
| 14 | Nobel Air, LLC 6652 W. 88th St. Oak Lawn, IL  60453-1014 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | McCann Industries Inc<br>38951 Eagle Way<br>Chicago, IL  60678-1389 | $ | $ | $ |
| 16 | Mercon Supply<br>2865 Festival Drive<br>Kankakee, IL  60901 | $ | $ | $ |
| 17 | Illinois Mechanical Sales, Inc.<br>2627 North Western Avenue<br>Chicago, IL  60647-6623 | $ | $ | $ |
| 18 | Recco Tool & Supply<br>8805 Joliet Road<br>McCook, IL  60525 | $ | $ | $ |
| 19 | Portage Home Center<br>6455 Melton Rd US-20<br>Portage, IN  46368 | $ | $ | $ |
| 20 | General Machining Solutions<br>P.O BOX 1175<br>Calumet City, IL  60409 | $ | $ | $ |
| 21 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | $ | $ | $ |
| 22 | Wright Express Fleet Services<br>Wright Express Financial Services<br>PO Box 639<br>Portland, ME  04103 | $ | $ | $ |
| 23 | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL  60431 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24U | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL  60664-0338 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE