UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
MORAN, ROXY L.                      §        Case No. 10-36416
                                    §
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF THE COURT
         219 S. Dearborn
         Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/05/2013 in Courtroom ,
         United States Courthouse
         Joliet City Hall
         150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/27/2013               By: /s/ Michael G. Berland
                                                                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MORAN, ROXY L. § Case No. 10-36416
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 48,002.32 |
| and approved disbursements of | $ 824.07 |
| leaving a balance on hand of[1] | $ 47,178.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Pipe Fitters Retirement Fund, Local 597 | $ 14,000.00 | $ 11,900.00 | $ 0.00 | $ 11,900.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 11,900.00 |
| Remaining Balance | $ 35,278.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,550.23 | $ 0.00 | $ 5,550.23 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 76.80 | $ 0.00 | $ 76.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,627.03 |
| Remaining Balance | $ 29,651.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 504,485.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | $ 217,921.30 | $ 0.00 | $ 0.00 |
| 2P | Pipe Fitters Retirement Fund, Local 597 | $ 54,571.34 | $ 0.00 | $ 0.00 |
| 2P-2 | Pipe Fitters Retirement Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2S-2 | Pipe Fitters Retirement Fund, Local 597 | $ 54,571.34 | $ 0.00 | $ 11,430.93 |
| 3P | Pipe Fitters Welfare Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3P-2 | Pipe Fitters Welfare Fund, Local 597 | $ 47,278.51 | $ 0.00 | $ 9,903.32 |
| 4P | Pipe Fitters Training Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4P-2 | Pipe Fitters Training Fund, Local 597 | $ 9,325.30 | $ 0.00 | $ 1,953.35 |
| 5 | Pipe Fitters' Association, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 -2 | Pipe Fitters' Association, Local 597 | $ 2,470.00 | $ 0.00 | $ 2,470.00 |
| 6P | Pipe Fitters' Individual Account and 401(k) Plan | $ 0.00 | $ 0.00 | $ 0.00 |
| 6P-2 | Pipe Fitters' Individual Account | $ 16,614.00 | $ 0.00 | $ 3,480.10 |
| 7P | Pipe Fitting Council of Greater Chicago | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | Pipe Fitting Council of Greater Chicago | $ 282.04 | $ 0.00 | $ 59.07 |
| 8P | Industry Improvement Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8P-2 | Industry Improvement Fund, Local 597 | $ 1,692.15 | $ 0.00 | $ 354.45 |
| 10 | P&G Engineering Company | $ 347.15 | $ 0.00 | $ 0.00 |
| 12 | Gordon Bros. Steel Warehouse | $ 61,587.03 | $ 0.00 | $ 0.00 |
| 24P | Illinois Department of Revenue | $ 37,824.86 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| | Total to be paid to priority creditors | $ 29,651.22 |
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 762,284.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Pipe Fitters Retirement Fund, Local 597 | $ 76,362.53 | $ 0.00 | $ 0.00 |
| 2U-2 | Pipe Fitters Retirement Fund, Local 597 | $ 76,362.53 | $ 0.00 | $ 0.00 |
| 3U | Pipe Fitters Welfare Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3U-2 | Pipe Fitters Welfare Fund, Local 597 | $ 87,930.95 | $ 0.00 | $ 0.00 |
| 4U | Pipe Fitters Training Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4U-2 | Pipe Fitters Training Fund, Local 597 | $ 14,758.59 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | Pipe Fitters' Individual Account and 401(k) Plan | $ 0.00 | $ 0.00 | $ 0.00 |
| 6U-2 | Pipe Fitters' Individual Account and 401(k) Plan | $ 6,184.77 | $ 0.00 | $ 0.00 |
| 7U | Pipe Fitting Council of Greater Chicago | $ 0.00 | $ 0.00 | $ 0.00 |
| 7U-2 | Pipe Fitting Council of Greater Chicago | $ 430.34 | $ 0.00 | $ 0.00 |
| 8U | Industry Improvement Fund, Local 597 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8U-2 | Industry Improvement Fund, Local 597 | $ 2,952.88 | $ 0.00 | $ 0.00 |
| 9 | Warehouse Direct | $ 205.15 | $ 0.00 | $ 0.00 |
| 11 | Lift Works, Inc. | $ 570.00 | $ 0.00 | $ 0.00 |
| 13 | Steiner | $ 517.88 | $ 0.00 | $ 0.00 |
| 14 | Nobel Air, LLC | $ 10,665.00 | $ 0.00 | $ 0.00 |
| 15 | McCann Industries Inc | $ 440.62 | $ 0.00 | $ 0.00 |
| 16 | Mercon Supply | $ 3,684.83 | $ 0.00 | $ 0.00 |
| 17 | Illinois Mechanical Sales, Inc. | $ 1,869.07 | $ 0.00 | $ 0.00 |
| 18 | Recco Tool & Supply | $ 980.03 | $ 0.00 | $ 0.00 |
| 19 | Portage Home Center | $ 536.81 | $ 0.00 | $ 0.00 |
| 20 | General Machining Solutions | $ 5,146.43 | $ 0.00 | $ 0.00 |
| 21 | GE Money Bank | $ 158.88 | $ 0.00 | $ 0.00 |
| 22 | Wright Express Fleet Services | $ 16,224.23 | $ 0.00 | $ 0.00 |
| 23 | Anne Sluder | $ 456,302.67 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                $            0.00

Remaining Balance                                                     $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,015.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24U | Illinois Department of Revenue | $ 5,015.36 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 6)*

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                   Case No. 10-36416-BWB
Roxy L. Moran                                                            Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: dpruitt                Page 1 of 7                  Date Rcvd: Feb 28, 2013
                             Form ID: pdf006              Total Noticed: 180


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2013.
db           +Roxy L. Moran,    2712 Lake Shore Drive,    Joliet, IL 60431-1097
15995607      A.C.Coring,    11701 S Lavergne Ave,    Alsip, IL 60803-5617
15995608     +Aaron Engineering,    5420 W Roosevelt Rd,    60644-1439
15995609      Able Disposal,    P.O. Box 9001099,    Louisville, KY 40290-1099
15995610     +Accountemps,    12400 Collections Center Dr.,    Chicago, IL 60693-0124
15995611     +Action Insulation Inc.,    P.O. Box 163,    Palos Park, IL 60464-0163
15995612     +Addison Pipe & Tube Co,    355 N Lavergne Ave,    Chicago, IL 60644-2538
15995613     +Air Fitter Engineers Inc.,    847 S. Randall Rd. #403,    Elgin, IL 60123-3002
15995614      Air Products Equipment Company,    1555 Louis Avenue,    Elk Grove, IL 60007-2313
15995615     +AirGas North Central,    P.O. Box 802588,    Chicago, IL 60680-2588
15995616     +All Points Foodservice,    607 W. Dempster Street,    Mount Prospect, IL 60056-4585
15995618     +Allied Valve Inc,    231344 Momentum Place,    Chicago, IL 60689-0001
15995619      Alro Steel Corporation,    24876 Network Place,    Chicago, IL 60673-1248
15995620     +Anne Sluder,    3512 Lake Shore Dr.,    Joliet, IL 60431-8819
15995622     +Applied Industrial Tech, Inc,    4643 W 138th St.,    Crestwood, IL 60445-1930
15995623      Auto-Owners Insurance,    P.O. Box 30315,    Lansing, MI 48909-7815
15995624     +B & H Auto,    9400 W Ogden Ave,    Brookfield, IL 60513-1820
15995627     +BI Equipment,    4021 W 127th St,    Alsip, IL 60803-1922
15995628      BLM Technologies, Inc.,    PO Box 1575 #74,    Minneapolis, MN 55480-1575
15995625     +Barr Mechanical Sales, Inc.,    13719 W Laurel Dr,    Lake Forest, IL 60045-4530
15995626     +Beaver Research Co,    3700 E Kilgore Rd,    Portage, MI 49002-1936
15995629      Blue Cross & Blue Shield,    of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
15995630     +Bob & John Citgo,    8204 West 47th Street,    Lyons, IL 60534-1715
15995631      Bornquist, Inc.,    P.O. Box 112,    Evanston, IL 60204-0112
15995632     +Boylston 21st Century,    9118 W 47th St,    Brookfield, IL 60513-2768
15995633      Bradish Associates Ltd,    215 N Arlington Road,    Arlington Heights, IL 60004
15995634     +Brian Kocsis LLC,    222 S Mill St Suite #200,    Naperville, IL 60540-5289
15995635      Brucker Company,    Dept#20-1042 P.O. Box 5940,    Carol Stream, IL 60197-5940
15995637     +C.B.S. Messenger Service Inc,    P.O. Box 1817,    Palatine, IL 60078-1817
15995641     +CBeyond Communications,    13474 Collections Center Drive,    Chicago, IL 60693-0134
15995645      CNA Surety,    8137 Innovation Way,    Chicago, IL 60682-0081
15995638     +Calumet Lift Truck Service Co,    35 E 168th Street,    South Holland, IL 60473-2880
15995639      Carrier Corporation,    P O Box 905506,    805 Tyvola Rd, Suite 108,    Charlotte, NC 28290-5506
15995640     +Carrier-Oehler Co,    16965 Vincennes PO Box 40,    South Holland, IL 60473-0040
15995642     #+Central Contractors Service Inc,    4655 W 137th St,    Crestwood, IL 60445-1926
15995643     +Chi. Reg. Council Carpenters #1693,    12 E. Erie St.,    Chicago, IL 60611-2767
15995644      Cintas,    PO Box #5,    Bedford Park, IL 60499-0005
15995646     +Code Red,    6205 Indianapolis Blvd,    Hammond, IN 46320-2226
15995647      Columbia Pipe & Supply Co.,    23671 Network Place,    Chicago, IL 60673-1236
15995649     +Complete Energy Management,    Control Co.,    8450 W. 191st St., Suite 18,    Mokena, IL 60448-8868
15995650     +Constr. Workers Pension/Lake County,    Local 142,    2111 W. Lincoln Hgwy.,
               Merrillville, IN 46410-5334
15995651     +Construction Data Services,    2348 Hampton Ave,    St. Louis, MO 63139-2909
15995652     +Construction King,    7635 W Autullo Drive,    Worth, IL 60482-1020
15995653      Contracting & Material Co.,    PO Box 74631,    Chicago, IL 60675-4631
15995654      Crandall & Lightfoot,    1162 S Babcock Rd,    Burns Harbor, IN 46304
15995655     +Crest Metal,    2900 E. 95th St.,    Chicago, IL 60617-5001
15995656     +Custom Welding Shop,    11128 W 189th St,    Mokena, IL 60448-8963
15995660     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Payment Processing Center,    PO Box 6403,
               Carol Stream, IL 60197)
15995657     +David J Shewmake,    4722 W 147th ST 2nd Floor Suite 12,    Midlothian, IL 60445-2591
15995658     +Davies Supply Company,    6601 West Grand Avenue,    Chicago, IL 60707-2298
15995659     +Delano Conveyor & Equipment Co,    5 S 043 Fairway Dr.,    Naperville, IL 60563-1767
15995662     +Douglas Crane Service Inc,    206 Julie Dr,    Kankakee, IL 60901-5971
15995663     +Earley Insulation Inc,    P.O. Box 528028,    Chicago, IL 60652-8028
15995664     +Efficient Insulation Systems, Inc.,    10215 Franklin Avenue,    Franklin Park, IL 60131-1527
15995665     +Ellen Moran,    2712 Lake Shore Dr.,    Joliet, IL 60431-1097
15995666     +Engine Masters Inc,    22037 Howell Dr,    New Lenox, IL 60451-3726
15995667     +Engineered Air,    C/O Commerce Bank PO Box 801618,    Kansas City, MO 64180-1618
15995668     +Euler Hermes ACI,    600 S 7th St,    Louisville, KY 40203-1968
15995673     +FM&J Asphalt Inc,    4302 W Warren,    Hillside, IL 60162-1338
15995669      Fastenal,    Company P.O. Box 978,    Winona, MN 55987-0978
15995670      First American Bank,    P. O. Box 7983,    Joliet, IL 60431
15995671     +Fluid Air Products,    7535 Plaza Court,    Willowbrook, IL 60527-5612
15995672     +Fluidtrol Process Technologies Inc,    PO Box 1418,    Pelham, AL 35124-5418
15995674      Fort Dearborn Life Insurance Co,    36788 Eagle Way,    Chicago, IL 60678-1367
15995675     +Frank Cassano,    21128 Eugene Siegel Ct,    Crest Hill, IL 60403-0788
15995676     +G&O Thermal Supply Company,    5435 North Northwest Highway,    Chicago, IL 60630-1132
15995677      GCS Sercive, Inc.,    24673 Network Place,    Chicago, IL 60673-1246
15995678      GE Capital,    P.O. Box 536447,    Atlanta, GA 30353-6447
15995679     +General Machining Solutions,    P.O BOX 1175,    Calumet City, IL 60409-1175
15995680      Gordon Bros. Steel Warehouse,    1340 W 43rd St,    Chicago, IL 60609-3308
15995681     +Great Lakes Welding Supply, Inc,    1226 Birch Drive,    Schererville, IN 46375-1336
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 7                  Date Rcvd: Feb 28, 2013
                               Form ID: pdf006            Total Noticed: 180

15995684      +H-O-H Chemicals, Inc.,    P.O. Box 487,    Palatine, IL 60078-0487
15995685      +Harris Bank (f/k/a Amcore Bank),    c/o Edw. Thompson,    1620 N. Milwaukee Av.,
                Vernon Hills, IL 60061-1574
15995686     #+Health Concepts LLC,    8085 Randolph St,    Hobart, IN 46342-7068
15995687       Heritage- Crystal Clean LLC,    13621 Collections Center Dr,    Chicago, IL 60693-0136
15995688      +Hernandez Mechanical Inc,    701 Norbeh Drive,    Hebron, IN 46341-8504
15995689      +Hessville Cable & Sling Co.,    1601 Cline Ave,    Gary, IN 46406-2296
15995690       Hinckley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
15995691     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                100 W. Randolph Street,    Chicago, IL 60602)
16784117       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15995692       Illinois Mechanical Sales, Inc.,    2627 North Western Avenue,    Chicago, IL 60647-6623
15995693      +Imbert International Inc,    7030 N Austin Ave,    Niles, IL 60714-4602
15995694      +Independent Pipe And Supply Co.,    11645 Merrion Lane,    Merrionette Park, IL 60803-4249
15995696      +Indiana Reg. Coun./Carpenters #1043,    c/o Law Office of Paul Berkowitz,
                123 W. Madison St. Ste. #600,    Chicago, IL 60602-4625
15995697      +Industrial Rents Inc,    P.O. Box 11672,    Merrillville, IN 46411-1672
16174433      +Industry Improvement Fund, Local 597,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
                Chicago, Illinois 60606-6601
15995698      +Intek Manufactuting LLC,    11118 Coldwater Road, Suite #200,    Fort Wayne, IN 46845-1273
15995700      +Iron Wrkrs. Pension Fund Local 395,    2350 E. 170th St.,    P.O. Drawer M,
                Lansing, IL 60438-1000
15995701      +J & L Fasteners,    6944 Parrish Ave,    Hammond, IN 46323-2394
15995702      +J.P. Larsen Inc,    P.O. Box 2597,    Oaklawn, IL 60455-6597
15995703      +Jaws Heating & Cooling,    4722 West 147th Street,    2nd Floor - Suite,
                Midlothian, IL 60445-2590
15995704      +Johnson & Krol, LLC,    300 South Wacker Drive,    Suite 1313,    Chicago, IL 60606-6601
15995706       Johnson Pipe & Supply Co.,    PO Box 5940,    Carol Stream, IL 60197-5940
15995708       Just Energy,    Credit Management Control,    200 S Monroe Ave, PO Box 1654,
                Green Bay, WI 54305-1654
15995709      +K-Med Corporation,    3037 Jonquil Lane,    Woodridge, IL 60517-3307
15995710      +Keller Machine & Welding, Inc.,    5705 Murvihill Rd.,    Valparaiso, IN 46383-6313
15995712       Kirk & Blum,    PO Box 630202,    Cincinatti, OH 45263-0202
15995713      +LaGrange Crane Service, Inc.,    6180 River Road,    Hodgkins, IL 60525-4278
15995714       Lee Mandel & Associates Inc,    415 W Jackson Ave,    Naperville, IL 60540-5205
15995715       Liberty Propane,    PO Box 458,    Lemont, IL 60439-0458
15995716     #+Lift Works, Inc.,    1130 Carolina, Unit F,    West Chicago, IL 60185-5163
15995717       Ludeca Inc,    1425 N,W. 88th Ave,    Doral, FL 33172-3017
15995719      +Marco Supply Company, Inc,    999 W. 37th St.,    Chicago, IL 60609-1540
15995720       McCann Industries Inc,    38951 Eagle Way,    Chicago, IL 60678-1389
15995721       Meany Electrical Contractors,    17401 S Laflin,    East Hazel Crest, IL 60429-1864
15995722       Meilner Mechanical,    19 W College Dr,    Arlington Heights, IL 60004-1954
15995723      +Mercon Supply,    2865 Festival Drive,    Kankakee, IL 60901-8957
15995724       Mid Lakes Distributing,    1029-37 W Adams St,    Chicago, IL 60607-2995
15995725      +Midwest Machine Service Inc,    5632 W Pleasant Blvd,    Chicago Ridge, IL 60415-2306
15995726      +Midwest Machining & Fabricating Inc,    711 W Main St,    Griffith, IN 46319-2634
15995727      +Minster Mechanical Sales,    2120 S Halsted St,    Chicago Heights, IL 60411-4282
15995728      +Mobile Mini Inc,    7420 S Kyrene Rd Suite#101,    Tempe, AZ 85283-4678
15995729       Modular Space Corporation,    12603 Collections Center Dr,    Chicago, IL 60693-0126
15995730       Motion Industries, Inc.,    P.O. Box 504606,    St. Louis, MO 63150-4606
15995732      +Nagle Obarski PC,    222 South Mill Street, Suite 200,    Naperville, IL 60540-5289
15995733      +Namasco,    P.O Box 11,    Peosta, IA 52068-0011
15995734      +Nickelson Industrial Service,    8501 S. Baltimore Ave.,    Chicago, IL 60617-2636
15995736       Nipsco,    P.O. Box 13007,    Merrillville, IN 46411-3007
15995737       Nobel Air, LLC,    6652 W. 88th St.,    Oak Lawn, IL 60453-1014
15995739      +P&G Engineering Company,    11924 S 88th Ave,    Palos Park, IL 60464-1102
15995740      +Pipe Fitters Retirement Fund,    Local 597,    45 N. Ogden Avenue,    Chicago, IL 60607-1813
16174411      +Pipe Fitters Retirement Fund, Local 597,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16174432      +Pipe Fitters Training Fund, Local 597,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
                Chicago, Illinois 60606-6601
15995741      +Pipe Fitters Welfare Fund Local 597,    45 N. Ogden Av.,    Chicago, IL 60607-1885
16174412      +Pipe Fitters Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
                Chicago, Illinois 60606-6601
16174436      +Pipe Fitters' Association, Local 597 U.A.,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16174434      +Pipe Fitters' Individual Account and 401(k) Plan,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16174435      +Pipe Fitting Council of Greater Chicago,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
15995742       Plumbers/Pipefitters #501 No. Ill.,    1295 Butterfield Rd.,    Aurora, IL 60502-8879
15995743      +Plumbers/Pipefitters Local 422 Fund,    c/o Arnold and Kadjan,    19 W. Jackson Blvd.,
                Chicago, IL 60604-3926
15995744       Portage Electric Supply Corp,    6487 Melton Road,    Portage, IN 46368-1269
15995745      +Portage Home Center,    6455 Melton Rd US-20,    Portage, IN 46368-1269
15995746       Praxair,    963- Praxair Distribution,    Dept CH 10660,    Palatine, IL 60055-0660
15995747      +Recco Tool & Supply,    8805 Joliet Road,    McCook, IL 60525-3270
15995748      +Robert-James Sales, Inc.,    P.O. Box 7999,    Buffalo, NY 14225-7999
15995749      +Roberts Environmental Control Corp,    8500 W 185th St Suite B,    Tinley Park, IL 60487-6211
```

```
District/off: 0752-1            User: dpruitt               Page 3 of 7                   Date Rcvd: Feb 28, 2013
                                Form ID: pdf006             Total Noticed: 180

15995752     +Russ Kanz,    3707 Cleveland Av.,    Brookfield, IL 60513-1509
15995753      S&M Properties,    15439 Wildflower Ln.,    Westfield, IN 46074-9779
15995754     +SASMI Trust Fund,     601 N. Fairfax St.,    Suite #400,    Alexandria, VA 22314-2081
15995755     +School District Publishing,     1507 East 53rd St Dept 601,     Chicago, IL 60615-4573
15995757      Setan Identification Products,     P.O. Box 95904,    Chicago, IL 60694-5904
15995758      Sheet Metal Workers Local Union 265,     National Fund Office P.O. Box 79321,     Baltimore, MD 21202
15995759     +Sherwin Williams,     5111 Dansher Rd,    Countryside, IL 60525-3128
15995760     +South Side Control Supply Co.,     488 North Milwaukee Avenue,     Chicago, IL 60654-3965
15995761      Special T Unlimited,     4835 W Butterfield Road,    Hillside, IL 60162-1483
15995763      Staples,    Dept 51-7819705954,     PO Box 689020,    Des Moines, IA 50368-9020
15995764     +Steel Cities Steels Inc,     395 Melton Rd,    Burn Harbor, IN 46304-9705
15995765     +Steiner,    1250 Touhy Ave.,    Elk Grove Village, IL 60007-4985
15995766     +Swift Saw & Tool Supply,     1200 W 171st St,    Hazel Crest, IL 60429-1905
15995768     +TCS Corporation,     8221 W Palmoma Dr,    Orland Park, IL 60462-1852
15995767     +Target Truck Rentals,     999 US 41 P.O. Box 675,     Schererville, IN 46375-0675
15995769     +Teamsters Local 142,     1300 Clark Road,    Gary, IN 46404-1699
15995770     +Temperature Equipment Corp.,     Lockbox#774503,    4503 Solutions Center,    Chicago, IL 60677-0001
15995772     +The Daily Journal,    Eight Dearborn Square,     Kankakee, IL 60901-3945
15995774      Toshiba America Business Solutions,     P.O. Box 740441,    Atlanta, GA 30374-0441
15995775     +Total Safety,    320 Industrial Dr,    Griffith, IN 46319-3853
15995776     +Varied Products Of Indiana Inc,     2180 North State Road 149,     Chesterton, IN 46304-8819
15995777      Verizon,    North P.O. Box 9688,    Mission Hills`, CA 91346-9688
15995778      Village Of Alsip,     4500 W 123rd St,    Alsip, IL 60803-2599
15995783     +WMI Technologies, Inc.,     2019 Corporate Lane Suite 111,    Naperville, IL 60563-9748
15995779    ##+Warehouse Direct,     1601 W Algonquin Road,    Mount Prospect, IL 60056-5503
15995780      White Cap Construction Supply,     9950 S 134th St,    Omaha, NE 68138-6199
15995781     +Wiesbrook Sheet Metal INC.,     25502 West Ruff Road,    Plainfield, IL 60585-7861
15995782     +William Pavlecic Architect,     53 W Jackson Blvd,    Chicago, IL 60604-4098
15995785      York International Corp,     Unitary Products,    PO Box 905578,    Charlotte, NC 28290-5578
15995786     +Zonatherm,    251 Holbrook,    Wheeling, IL 60090-5826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15995648     +E-mail/Text: legalcollections@comed.com Mar 01 2013 06:22:30     ComEd,    Bankruptcy Department,
               2100 Swift Drive,    Oak Brook, IL 60523-1559
15995661     +E-mail/Text: ar@dtabrasives.com Mar 01 2013 06:26:07     Diamond Tool & Abrasives, Inc,
               P.O. Box 92170,    Elk Grove Village, IL 60009-2170
16523692      E-mail/PDF: rmscedi@recoverycorp.com Mar 01 2013 06:49:42     GE Money Bank,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15995682     +E-mail/Text: collectionsbk@glcu.org Mar 01 2013 06:31:04     H-F Credit Union,    18130 Pulaski Rd,
               Country Club Hills, IL 60478-5118
15995699      E-mail/Text: cio.bncmail@irs.gov Mar 01 2013 05:47:30     DEPARTMENT OF THE TREASURY,
               Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19114
16123990      E-mail/Text: cio.bncmail@irs.gov Mar 01 2013 05:47:30     Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
15995695      E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 01 2013 06:49:35
               Indiana Department of Revenue,     P.O. Box 7221,    Indianapolis, IN 46207-7221
15995711      E-mail/Text: rita.robles@key.com Mar 01 2013 06:27:07     Key Equipment Finance,    PO Box 74713,
               Cleveland, OH 44194-0796
15995731      E-mail/Text: legaldept@mscdirect.com Mar 01 2013 06:26:31     MSC Industrial Supply Co,
               P.O. Box 382070,    Pittsburgh, PA 15250-8070
15995735      E-mail/Text: bankrup@aglresources.com Mar 01 2013 06:17:05     Nicor,    P.O. Box 0632,
               Aurora, IL 60507-0632
15995762      E-mail/Text: appebnmailbox@sprint.com Mar 01 2013 06:19:09     Sprint,    P.O. Box 4191,
               Carol Stream, IL 60197-5400
15995756      E-mail/Text: Bankruptcy@selective.com Mar 01 2013 06:27:10     Selective Insurance,    Box 371468,
               Pittsburgh, PA 15250-7468
16124075      E-mail/Text: bankruptcy@wrightexpress.com Mar 01 2013 06:30:29     Wright Express Fleet Services,
               PO Box 6293,    Carol Stream, IL 60197-6293
15995784     +E-mail/Text: bankruptcy@wrightexpress.com Mar 01 2013 06:30:29     Wright Express Fleet Services,
               Wright Express Financial Services,     PO Box 639,    Portland ME 04104-0639
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15995751      Ruben Alonso
16124042      Ruben Alonso
16123898*     A.C.Coring,    11701 S Lavergne Ave,    Alsip, IL 60803-5617
16123899*    +Aaron Engineering,    5420 W Roosevelt Rd,    60644-1439
16123900*     Able Disposal,    P.O. Box 9001099,    Louisville, KY 40290-1099
16123901*    +Accountemps,    12400 Collections Center Dr.,    Chicago, IL 60693-0124
16123902*    +Action Insulation Inc.,    P.O. Box 163,    Palos Park, IL 60464-0163
16123903*    +Addison Pipe & Tube Co,    355 N Lavergne Ave,    Chicago, IL 60644-2538
16123904*    +Air Fitter Engineers Inc.,    847 S. Randall Rd. #403,    Elgin, IL 60123-3002
16123905*     Air Products Equipment Company,     1555 Louis Avenue,    Elk Grove, IL 60007-2313
16123906*    +AirGas North Central,    P.O. Box 802588,    Chicago, IL 60680-2588
16123907*    +All Points Foodservice,    607 W. Dempster Street,    Mount Prospect, IL 60056-4585
16123908*    +Alliance Accounting & Tax,    9480 Enterprise Dr,    Mokena, IL 60448-8690
16123909*    +Allied Valve Inc,    231344 Momentum Place,    Chicago, IL 60689-0001
16123910*    +Alro Steel Corporation,    24876 Network Place,    Chicago, IL 60673-1248
16123911*    +Anne Sluder,    3512 Lake Shore Dr.,    Joliet, IL 60431-8819
16123912*    +Any Custom Sheet Metal Inc,    P.O. Box 403,    Chicago Ridge, IL 60415-0403
```

```
District/off: 0752-1           User: dpruitt              Page 4 of 7              Date Rcvd: Feb 28, 2013
                               Form ID: pdf006            Total Noticed: 180


             ***** BYPASSED RECIPIENTS (continued) *****
16123913*       +Applied Industrial Tech, Inc,   4643 W 138th St.,    Crestwood, IL 60445-1930
16123914*        Auto-Owners Insurance,    P.O. Box 30315,    Lansing, MI 48909-7815
16123915*       +B & H Auto,   9400 W Ogden Ave,    Brookfield, IL 60513-1820
16123918*       +BI Equipment,    4021 W 127th St,    Alsip, IL 60803-1922
16123919*        BLM Technologies, Inc.,    PO Box 1575 #74,    Minneapolis, MN 55480-1575
16123927*       +BSI Engineering,    5721 Dragon Way,    Cincinatti, OH 45227-4518
16123916*       +Barr Mechanical Sales, Inc.,    13719 W Laurel Dr,    Lake Forest, IL 60045-4530
16123917*       +Beaver Research Co,    3700 E Kilgore Rd,    Portage, MI 49002-1936
16123920*        Blue Cross & Blue Shield,    of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
16123921*       +Bob & John Citgo,    8204 West 47th Street,    Lyons, IL 60534-1715
16123922*        Bornquist, Inc.,    P.O. Box 112,    Evanston, IL 60204-0112
16123923*       +Boylston 21st Century,    9118 W 47th St,    Brookfield, IL 60513-2768
16123924*        Bradish Associates Ltd,    215 N Arlington Road,    Arlington Heights, IL 60004
16123925*       +Brian Kocsis LLC,    222 S Mill St Suite #200,    Naperville, IL 60540-5289
16123926*        Brucker Company,    Dept#20-1042 P.O. Box 5940,    Carol Stream, IL 60197-5940
16123928*       +C.B.S. Messenger Service Inc,    P.O. Box 1817,    Palatine, IL 60078-1817
16123932*       +CBeyond Communications,    13474 Collections Center Drive,    Chicago, IL 60693-0134
16123936*        CNA Surety,    8137 Innovation Way,    Chicago, IL 60682-0081
16123929*       +Calumet Lift Truck Service Co,    35 E 168th Street,    South Holland, IL 60473-2880
16123930*        Carrier Corporation,    P O Box 905506,    805 Tyvola Rd, Suite 108,    Charlotte, NC 28290-5506
16123931*       +Carrier-Oehler Co,    16965 Vincennes PO Box 40,    South Holland, IL 60473-0040
16123933*       +Central Contractors Service Inc,    4655 W 137th St,    Crestwood, IL 60445-1926
16123934*       +Chi. Reg. Council Carpenters #1693,    12 E. Erie St.,    Chicago, IL 60611-2767
16123935*        Cintas,    PO Box #5,    Bedford Park, IL 60499-0005
16123937*       +Code Red,    6205 Indianapolis Blvd,    Hammond, IN 46320-2226
16123938*        Columbia Pipe & Supply Co.,    23671 Network Place,    Chicago, IL 60673-1236
16123939*       +ComEd,    Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
16123940*       +Complete Energy Management,    Control Co.,    8450 W. 191st St., Suite 18,    Mokena, IL 60448-8868
16123941*       +Constr. Workers Pension/Lake County,    Local 142,    2111 W. Lincoln Hgwy.,
                  Merrillville, IN 46410-5334
16123942*       +Construction Data Services,    2348 Hampton Ave,    St. Louis, MO 63139-2909
16123943*       +Construction King,    7635 W Autullo Drive,    Worth, IL 60482-1020
16123944*        Contracting & Material Co.,    PO Box 74631,    Chicago, IL 60675-4631
16123945*        Crandall & Lightfoot,    1162 S Babcock Rd,    Burns Harbor, IN 46304
16123946*       +Crest Metal,    2900 E. 95th St.,    Chicago, IL 60617-5001
16123947*       +Custom Welding Shop,    11128 W 189th St,    Mokena, IL 60448-8963
16123951*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Payment Processing Center,    PO Box 6403,
                  Carol Stream, IL 60197)
16123948*       +David J Shewmake,    4722 W 147th ST 2nd Floor Suite 12,    Midlothian, IL 60445-2591
16123949*       +Davies Supply Company,    6601 West Grand Avenue,    Chicago, IL 60707-2298
16123950*       +Delano Conveyor & Equipment Co,    5 S 043 Fairway Dr,    Naperville, IL 60563-1767
16123952*       +Diamond Tool & Abrasives, Inc,    P.O. Box 92170,    Elk Grove Village, IL 60009-2170
16123953*       +Douglas Crane Service Inc,    206 Julie Dr,    Kankakee, IL 60901-5971
16123954*       +Earley Insulation Inc,    P.O. Box 528028,    Chicago, IL 60652-8028
16123955*       +Efficient Insulation Systems, Inc.,    10215 Franklin Avenue,    Franklin Park, IL 60131-1527
16123956*       +Ellen Moran,    2712 Lake Shore Dr.,    Joliet, IL 60431-1097
16123957*       +Engine Masters Inc,    22037 Howell Dr,    New Lenox, IL 60451-3726
16123958*       +Engineered Air,    C/O Commerce Bank PO Box 801618,    Kansas City, MO 64180-1618
16123959*       +Euler Hermes ACI,    600 S 7th St,    Louisville, KY 40203-1968
16123964*       +FM&J Asphalt Inc,    4302 W Warren,    Hillside, IL 60162-1338
16123960*        Fastenal,    Company P.O. Box 978,    Winona, MN 55987-0978
16123961*        First American Bank,    P. O. Box 7983,    Joliet, IL 60431
16123962*       +Fluid Air Products,    7535 Plaza Court,    Willowbrook, IL 60527-5612
16123963*       +Fluidtrol Process Technologies Inc,    PO Box 1418,    Pelham, AL 35124-5418
16123965*        Fort Dearborn Life Insurance Co,    36788 Eagle Way,    Chicago, IL 60678-1367
16123966*       +Frank Cassano,    21128 Eugene Siegel Ct,    Crest Hill, IL 60403-0788
16123967*        G&O Thermal Supply Company,    5435 North Northwest Highway,    Chicago, IL 60630-1132
16123968*        GCS Sercive, Inc.,    24673 Network Place,    Chicago, IL 60673-1246
16123969*        GE Capital,    P.O. Box 536447,    Atlanta, GA 30353-6447
16123970*       +General Machining Solutions,    P.O BOX 1175,    Calumet City, IL 60409-1175
16123971*        Gordon Bros. Steel Warehouse,    1340 W 43rd St,    Chicago, IL 60609-3308
16123972*       +Great Lakes Welding Supply, Inc,    1226 Birch Drive,    Schererville, IN 46375-1336
15995683*       +H-F Credit Union,    18130 Pulaski Rd,    Country Club Hills, IL 60478-5118
16123973*       +H-F Credit Union,    18130 Pulaski Rd,    Country Club Hills, IL 60478-5118
16123974*       +H-F Credit Union,    18130 Pulaski Rd,    Country Club Hills, IL 60478-5118
16123975*       +H-O-H Chemicals, Inc.,    P.O. Box 487,    Palatine, IL 60078-0487
16123976*       +Harris Bank (f/k/a Amcore Bank),    c/o Edw. Thompson,    1620 N. Milwaukee Av.,
                  Vernon Hills, IL 60061-1574
16123977*       +Health Concepts LLC,    8085 Randolph St,    Hobart, IN 46342-7068
16123978*        Heritage- Crystal Clean LLC,    13621 Collections Center Dr,    Chicago, IL 60693-0136
16123979*       +Hernandez Mechanical Inc,    701 Norbeh Drive,    Hebron, IN 46341-8504
16123980*       +Hessville Cable & Sling Co.,    1601 Cline Ave,    Gary, IN 46406-2296
16123981*        Hinckley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
16123982*       ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                  100 W. Randolph Street,    Chicago, IL 60602)
16123983*       +Illinois Mechanical Sales, Inc.,    2627 North Western Avenue,    Chicago, IL 60647-6623
16123984*       +Imbert International Inc,    7030 N Austin Ave,    Niles, IL 60714-4602
```

```
District/off: 0752-1           User: dpruitt               Page 5 of 7                  Date Rcvd: Feb 28, 2013
                               Form ID: pdf006             Total Noticed: 180


             ***** BYPASSED RECIPIENTS (continued) *****
 16123985*     +Independent Pipe And Supply Co.,    11645 Merrion Lane,    Merrionette Park, IL 60803-4249
 16123986*      Indiana Department of Revenue,    P.O. Box 7221,    Indianapolis, IN 46207-7221
 16123987*     +Indiana Reg. Coun./Carpenters #1043,     c/o Law Office of Paul Berkowitz,
                 123 W. Madison St. Ste. #600,    Chicago, IL 60602-4625
 16123988*     +Industrial Rents Inc,    P.O. Box 11672,    Merrillville, IN 46411-1672
 16123989*     +Intek Manufactuting LLC,    11118 Coldwater Road, Suite #200,     Fort Wayne, IN 46845-1273
 16123991*     +Iron Wrkrs. Pension Fund Local 395,     2350 E. 170th St.,    P.O. Drawer M,
                 Lansing, IL 60438-1000
 16123992*     +J & L Fasteners,    6944 Parrish Ave,    Hammond, IN 46323-2394
 16123993*     +J.P. Larsen Inc,    P.O. Box 2597,    Oaklawn, IL 60455-6597
 16123998*     +JPMorgan Chase Bank, N.A.,    P. O. Box 9001123,    Louisville, KY 40290-1123
 16123994*     +Jaws Heating & Cooling,    4722 West 147th Street,    2nd Floor - Suite,
                 Midlothian, IL 60445-2590
 15995705*     +Johnson & Krol, LLC,    300 South Wacker Drive,    Suite 1313,    Chicago, IL 60606-6601
 16123995*     +Johnson & Krol, LLC,    300 South Wacker Drive,    Suite 1313,    Chicago, IL 60606-6601
 16123996*     +Johnson & Krol, LLC,    300 South Wacker Drive,    Suite 1313,    Chicago, IL 60606-6601
 16123997*      Johnson Pipe & Supply Co.,    PO Box 5940,    Carol Stream, IL 60197-5940
 16123999*      Just Energy,    Credit Management Control,    200 S Monroe Ave, PO Box 1654,
                 Green Bay, WI 54305-1654
 16124000*     +K-Med Corporation,    3037 Jonquil Lane,    Woodridge, IL 60517-3307
 16124001*     +Keller Machine & Welding, Inc.,    5705 Murvihill Rd.,    Valparaiso, IN 46383-6313
 16124002*      Key Equipment Finance,    PO Box 74713,    Cleveland, OH 44194-0796
 16124003*      Kirk & Blum,    PO Box 630202,    Cincinatti, OH 45263-0202
 16124004*     +LaGrange Crane Service, Inc.,    6180 River Road,    Hodgkins, IL 60525-4278
 16124005*      Lee Mandel & Associates Inc,    415 W Jackson Ave,    Naperville, IL 60540-5205
 16124006*      Liberty Propane,    PO Box 458,    Lemont, IL 60439-0458
 16124007*     +Lift Works, Inc.,    1130 Carolina, Unit F,    West Chicago, IL 60185-5163
 16124008*      Ludeca Inc,    1425 N,W. 88th Ave,    Doral, FL 33172-3017
 16124009*     +M&B Fabricating,    815 MCCooI Road,    Valparaiso, IN 46385-7929
 16124022*      MSC Industrial Supply Co,    P.O. Box 382070,    Pittsburgh, PA 15250-8070
 16124010*     +Marco Supply Company, Inc,    999 W. 37th St.,    Chicago, IL 60609-1540
 16124011*      McCann Industries Inc,    38951 Eagle Way,    Chicago, IL 60678-1389
 16124012*      Meany Electrical Contractors,    17401 S Laflin,    East Hazel Crest, IL 60429-1864
 16124013*      Meilner Mechanical,    19 W College Dr,    Arlington Heights, IL 60004-1954
 16124014*     +Mercon Supply,    2865 Festival Drive,    Kankakee, IL 60901-8957
 16124015*      Mid Lakes Distributing,    1029-37 W Adams St,    Chicago, IL 60607-2995
 16124016*     +Midwest Machine Service Inc,    5632 W Pleasant Blvd,    Chicago Ridge, IL 60415-2306
 16124017*     +Midwest Machining & Fabricating Inc,     711 W Main St,    Griffith, IN 46319-2634
 16124018*     +Minster Mechanical Sales,    2120 S Halsted St,    Chicago Heights, IL 60411-4282
 16124019*     +Mobile Mini Inc,    7420 S Kyrene Rd Suite#101,    Tempe, AZ 85283-4678
 16124020*      Modular Space Corporation,    12603 Collections Center Dr,    Chicago, IL 60693-0126
 16124021*     +Motion Industries, Inc.,    P.O. Box 504606,    St. Louis, MO 63150-4606
 16124023*     +Nagle Obarski PC,    222 South Mill Street, Suite 200,    Naperville, IL 60540-5289
 16124024*     +Namasco,    P.O Box 11,    Peosta, IA 52068-0011
 16124025*     +Nickelson Industrial Service,    8501 S. Baltimore Ave.,    Chicago, IL 60617-2636
 16124026*      Nicor,    P.O. Box 0632,    Aurora, IL 60507-0632
 16124027*      Nipsco,    P.O. Box 13007,    Merrillville, IN 46411-3007
 16124028*     +Nobel Air, LLC,    6652 W. 88th St.,    Oak Lawn, IL 60453-1014
 16124029*     +Novaspect,    1776 Commerce Drive,    Elk Grove Village, IL 60007-2120
 16124030*     +P&G Engineering Company,    11924 S 88th Ave,    Palos Park, IL 60464-1102
 16124031*     +Pipe Fitters Retirement Fund,    Local 597,    45 N. Ogden Avenue,    Chicago, IL 60607-1813
 16124032*     +Pipe Fitters Welfare Fund Local 597,     45 N. Ogden Av.,    Chicago, IL 60607-1885
 16124033*      Plumbers/Pipefitters #501 No. Ill.,     1295 Butterfield Rd.,    Aurora, IL 60502-8879
 16124034*     +Plumbers/Pipefitters Local 422 Fund,     c/o Arnold and Kadjan,    19 W. Jackson Blvd.,
                 Chicago, IL 60604-3926
 16124035*      Portage Electric Supply Corp,    6487 Melton Road,    Portage, IN 46368-1269
 16124036*     +Portage Home Center,    6455 Melton Rd US-20,    Portage, IN 46368-1269
 16124037*      Praxair,    963- Praxair Distribution,    Dept CH 10660,    Palatine, IL 60055-0660
 16124038*     +Recco Tool & Supply,    8805 Joliet Road,    McCook, IL 60525-3270
 16124039*     +Robert-James Sales, Inc.,    P.O. Box 7999,    Buffalo, NY 14225-7999
 16124040*     +Roberts Environmental Control Corp,     8500 W 185th St Suite B,    Tinley Park, IL 60487-6211
 16124041*      Roof Products & Systems,    PO BOX 5133,    Chicago, IL 60680-5133
 16124043*     +Russ Kanz,    3707 Cleveland Av.,    Brookfield, IL 60513-1509
 16124044*      S&M Properties,    15439 Wildflower Ln.,    Westfield, IN 46074-9779
 16124045*     +SASMI Trust Fund,    601 N. Fairfax St.,    Suite #400,    Alexandria, VA 22314-2081
 16124053*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint,     P.O. Box 4191,    Carol Stream, IL 60197-5400)
 16124046*     +School District Publishing,    1507 East 53rd St Dept 601,    Chicago, IL 60615-4573
 16124047*      Selective Insurance,    Box 371468,    Pittsburgh, PA 15250-7468
 16124048*      Setan Identification Products,    P.O. Box 95904,    Chicago, IL 60694-5904
 16124049*      Sheet Metal Workers Local Union 265,     National Fund Office P.O. Box 79321,    Baltimore, MD 21202
 16124050*     +Sherwin Williams,    5111 Dansher Rd,    Countryside, IL 60525-3128
 16124051*     +South Side Control Supply Co.,    488 North Milwaukee Avenue,    Chicago, IL 60654-3965
 16124052*      Special T Unlimited,    4835 W Butterfield Road,    Hillside, IL 60162-1483
 16124054*      Staples,    Dept 51-7819705954,    PO Box 689020,    Des Moines, IA 50368-9020
 16124055*     +Steel Cities Steels Inc,    395 Melton Rd,    Burn Harbor, IN 46304-9705
 16124056*     +Steiner,    1250 Touhy Ave.,    Elk Grove Village, IL 60007-4985
 16124057*     +Swift Saw & Tool Supply,    1200 W 171st St,    Hazel Crest, IL 60429-1905
```

```
District/off: 0752-1           User: dpruitt              Page 6 of 7                  Date Rcvd: Feb 28, 2013
                               Form ID: pdf006            Total Noticed: 180


            ***** BYPASSED RECIPIENTS (continued) *****
 16124059*     +TCS Corporation,    8221 W Palmoma Dr,    Orland Park, IL 60462-1852
 16124058*     +Target Truck Rentals,    999 US 41 P.O. Box 675,    Schererville, IN 46375-0675
 16124060*     +Teamsters Local 142,    1300 Clark Road,    Gary, IN 46404-1699
 16124061*     +Temperature Equipment Corp.,    Lockbox#774503,    4503 Solutions Center,    Chicago, IL 60677-0001
 16124062*     +The Computor Guy,    500 W Irving Park Rd,    Bensenville, IL 60106-2118
 16124063*     +The Daily Journal,    Eight Dearborn Square,    Kankakee, IL 60901-3945
 16124064*     +Thermosystems, Inc.,    1153 North Main Street,    Lombard, IL 60148-1360
 16124065*      Toshiba America Business Solutions,    P.O. Box 740441,    Atlanta, GA 30374-0441
 16124066*     +Total Safety,    320 Industrial Dr,    Griffith, IN 46319-3853
 16124067*     +Varied Products Of Indiana Inc,    2180 North State Road 149,    Chesterton, IN 46304-8819
 16124068*      Verizon,    North P.O. Box 9688,    Mission Hills`, CA 91346-9688
 16124069*      Village Of Alsip,    4500 W 123rd St,    Alsip, IL 60803-2599
 16124074*     +WMI Technologies, Inc.,    2019 Corporate Lane Suite 111,    Naperville, IL 60563-9748
 16124070*     +Warehouse Direct,    1601 W Algonquin Road,    Mount Prospect, IL 60056-5503
 16124071*      White Cap Construction Supply,    9950 S 134th St,    Omaha, NE 68138-6199
 16124072*     +Wiesbrook Sheet Metal INC.,    25502 West Ruff Road,    Plainfield, IL 60585-7861
 16124073*     +William Pavlecic Architect,    53 W Jackson Blvd,    Chicago, IL 60604-4098
 16124076*      York International Corp,    Unitary Products,    PO Box 905578,    Charlotte, NC 28290-5578
 16124077*     +Zonatherm,    251 Holbrook,    Wheeling, IL 60090-5826
 15995617    ##+Alliance Accounting & Tax,    9480 Enterprise Dr,    Mokena, IL 60448-8690
 15995621    ##+Any Custom Sheet Metal Inc,    P.O. Box 403,    Chicago Ridge, IL 60415-0403
 15995636    ##+BSI Engineering,    5721 Dragon Way,    Cincinatti, OH 45227-4518
 15995707    ##+JPMorgan Chase Bank, N.A.,    P. O. Box 9001123,    Louisville, KY 40290-1123
 15995718    ##+M&B Fabricating,    815 MCCooI Road,    Valparaiso, IN 46385-7929
 15995738    ##+Novaspect,    1776 Commerce Drive,    Elk Grove Village, IL 60007-2120
 15995750     ##Roof Products & Systems,    PO BOX 5133,    Chicago, IL 60680-5133
 15995771    ##+The Computor Guy,    500 W Irving Park Rd,    Bensenville, IL 60106-2118
 15995773    ##+Thermosystems, Inc.,    1153 North Main Street,    Lombard, IL 60148-1360
                                                                                    TOTALS: 2, * 179, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: dpruitt              Page 7 of 7                  Date Rcvd: Feb 28, 2013
                               Form ID: pdf006            Total Noticed: 180
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2013 at the address(es) listed below:

```
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Chicago Area Mechanical Contracting Industry Improvement
               Trust jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters' Association, Local Union 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               jeffkrol@johnsonkrol.com
              Joseph E Cohen    on behalf of Debtor Roxy L. Moran jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters' Association, Local Union 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
               Improvement Trust mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William P Callinan    on behalf of Creditor    Pipe Fitters' Association, Local Union 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
               Improvement Trust william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               william@johnsonkrol.com
                                                                                              TOTAL: 24
```