# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                           §
                                 §
MORAN, ROXY L.                   §        Case No. 10-36416
                                 §
         Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|------------------|-----------------|----------------|-------------|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LONGEST, GLORIA | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chi. Reg. Council Carpenters #1693 12 E. Erie St. Chicago, IL 60611 | | | | | |
| | Constr. Workers Pension/Lake County Local 142 2111 W. Lincoln Hgwy. Merrillville, IN 46410 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Indiana Department of Revenue P.O. Box 7221 Indianapolis, IN 46207-7221 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Reg. Coun./Carpenters #1043 c/o Law Office of Paul Berkowitz 123 W. Madison St. Ste. #600 Chicago, IL 60602 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Iron Wrkrs. Pension Fund Local 395 2350 E. 170th St. P.O. Drawer M Lansing, IL 60438 | | | | | |
| | SASMI Trust Fund 601 N. Fairfax St. Suite #400 Alexandria, VA 22314 | | | | | |
| 5 | PIPE FITTERS' ASSOCIATION, LOCAL 59 | | | | | |
| 5 -2 | PIPE FITTERS' ASSOCIATION, LOCAL 59 | | | | | |
| 8P-2 | INDUSTRY IMPROVEMENT FUND, LOCAL 59 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-2 | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| 2S-2 | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| 4P-2 | PIPE FITTERS TRAINING FUND, LOCAL 5 | | | | | |
| 3P-2 | PIPE FITTERS WELFARE FUND, LOCAL 59 | | | | | |
| 6P-2 | PIPE FITTERS' INDIVIDUAL ACCOUNT AN | | | | | |
| 7P-2 | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| 1 | DEPARTMENT OF THE TREASURY | | | | | |
| 12 | GORDON BROS. STEEL WAREHOUSE | | | | | |
| 24P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | INDUSTRY IMPROVEMENT FUND, LOCAL 59 | | | | | |
| 10 | P&G ENGINEERING COMPANY | | | | | |
| 2P | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| 4P | PIPE FITTERS TRAINING FUND, LOCAL 5 | | | | | |
| 3P | PIPE FITTERS WELFARE FUND, LOCAL 59 | | | | | |
| 6P | PIPE FITTERS' INDIVIDUAL ACCOUNT AN | | | | | |
| 7P | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.C.Coring 11701 S Lavergne Ave Alsip, IL 60803-5617 | | | | | |
| | Aaron Engineering 5420 W Roosevelt Rd 60644 | | | | | |
| | Able Disposal P.O. Box 9001099 Louisville, KY 40290-1099 | | | | | |
| | Accountemps 12400 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | Action Insulation Inc. P.O. Box 163 Palos Park, IL 60464 | | | | | |
| | Addison Pipe & Tube Co 355 N Lavergne Ave Chicago, IL 60644-2590 | | | | | |
| | Air Fitter Engineers Inc. 847 S. Randall Rd. #403 Elgin, IL 60123 | | | | | |
| | Air Products Equipment Company 1555 Louis Avenue Elk Grove, IL 60007-2313 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AirGas North Central P.O. Box 802588 Chicago, IL 60680 | | | | | |
| | All Points Foodservice 607 W. Dempster Street Mount Prospect, IL 60056 | | | | | |
| | Alliance Accounting & Tax 9480 Enterprise Dr Mokena, IL 60448 | | | | | |
| | Allied Valve Inc 231344 Momentum Place Chicago, IL 60689 | | | | | |
| | Alro Steel Corporation 24876 Network Place Chicago, IL 60673-1248 | | | | | |
| | Anne Sluder 3512 Lake Shore Dr. Joliet, IL 60431 | | | | | |
| | Any Custom Sheet Metal Inc P.O. Box 403 Chicago Ridge, IL 60415 | | | | | |
| | Applied Industrial Tech, Inc 4643 W 138th St. Crestwood, IL 60445 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Auto-Owners Insurance P.O. Box 30315 Lansing, MI 48909-7815 | | | | | |
| | B & H Auto 9400 W Ogden Ave Brookfield, IL 60513 | | | | | |
| | BI Equipment 4021 W 127th St Alsip, IL 60803 | | | | | |
| | BLM Technologies, Inc. PO Box 1575 #74 Minneapolis, MN 55480-1575 | | | | | |
| | BSI Engineering 5721 Dragon Way Cincinatti, OH 45227 | | | | | |
| | Barr Mechanical Sales, Inc. 13719 W Laurel Dr Lake Forest, IL 60045 | | | | | |
| | Beaver Research Co 3700 E Kilgore Rd Portage, MI 49002 | | | | | |
| | Blue Cross & Blue Shield of Illinois PO Box 1186 Chicago, IL 60690-1186 | | | | | |
| | Bob & John Citgo 8204 West 47th Street Lyons, IL 60534 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bornquist, Inc. P.O. Box 112 Evanston, IL 60204-0112 | | | | | |
| | Boylston 21st Century 9118 W 47th St Brookfield, IL 60513 | | | | | |
| | Bradish Associates Ltd 215 N Arlington Road Arlington Heights, IL 60004 | | | | | |
| | Brian Kocsis LLC 222 S Mill St Suite #200 Naperville, IL 60540 | | | | | |
| | Brucker Company Dept#20-1042 P.O. Box 5940 Carol Stream, IL 60197-5940 | | | | | |
| | C.B.S. Messenger Service Inc P.O. Box 1817 Palatine, IL 60078 | | | | | |
| | CBeyond Communications 13474 Collections Center Drive Chicago, IL 60693 | | | | | |
| | CNA Surety 8137 Innovation Way Chicago, IL 60682-0081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Calumet Lift Truck Service Co 35 E 168th Street South Holland, IL 60473 | | | | | |
| | Carrier Corporation P 0 Box 905506 805 Tyvola Rd, Suite 108 Charlotte, NC 28290-5506 | | | | | |
| | Carrier-Oehler Co 16965 Vincennes PO Box 40 South Holland, IL 60473 | | | | | |
| | Central Contractors Service Inc 4655 W 137th St Crestwood, IL 60445 | | | | | |
| | Cintas PO Box #5 Bedford Park, IL 60499-0005 | | | | | |
| | Code Red 6205 Indianapolis Blvd Hammond, IN 46320 | | | | | |
| | Columbia Pipe & Supply Co. 23671 Network Place Chicago, IL 60673-1236 | | | | | |
| | ComEd Bankruptcy Department 2100 Swift Drive Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Complete Energy Management Control Co. 8450 W. 191st St., Suite 18 Mokena, IL 60448 | | | | | |
| | Construction Data Services 2348 Hampton Ave St. Louis, MO 63139 | | | | | |
| | Construction King 7635 W Autullo Drive Worth, IL 60482 | | | | | |
| | Contracting & Material Co. PO Box 74631 Chicago, IL 60675-4631 | | | | | |
| | Crandall & Lightfoot 1162 S Babcock Rd Burns Harbor, IN 46304 | | | | | |
| | Crest Metal 2900 E. 95th St. Chicago, IL 60617 | | | | | |
| | Custom Welding Shop 11128 W 189th St Mokena, IL 60448 | | | | | |
| | David J Shewmake 4722 W 147th ST 2nd Floor Suite 12 Midlothian, IL 60445 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Davies Supply Company 6601 West Grand Avenue Chicago, IL 60707 | | | | | |
| | Delano Conveyor & Equipment Co 5 S 043 Fairway Dr Naperville, IL 60563 | | | | | |
| | Dell Financial Services Payment Processing Center PO Box 6403 Carol Stream, IL 60197 | | | | | |
| | Diamond Tool & Abrasives, Inc P.O. Box 92170 Elk Grove Village, IL 60009 | | | | | |
| | Douglas Crane Service Inc 206 Julie Dr Kankakee, IL 60901 | | | | | |
| | Earley Insulation Inc P.O. Box 528028 Chicago, IL 60652 | | | | | |
| | Efficient Insulation Systems, Inc. 10215 Franklin Avenue Franklin Park, IL 60131 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Engine Masters Inc 22037 Howell Dr New Lenox, IL 60451 | | | | | |
| | Engineered Air C/O Commerce Bank PO Box 801618 Kansas City, MO 64108-1618 | | | | | |
| | Euler Hermes ACI 600 S 7th St Louisville, KY 40201 | | | | | |
| | FM&J Asphalt Inc 4302 W Warren Hillside, IL 60162 | | | | | |
| | Fastenal Company P.O. Box 978 Winona, MN 55987-0978 | | | | | |
| | Fluid Air Products 7535 Plaza Court Willowbrook, IL 60527 | | | | | |
| | Fluidtrol Process Technologies Inc PO Box 1418 Pelham, AL 35124 | | | | | |
| | Fort Dearborn Life Insurance Co 36788 Eagle Way Chicago, IL 60678-1367 | | | | | |
| | Frank Cassano 21128 Eugene Siegel Ct Crest Hill, IL 60403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G&O Thermal Supply Company 5435 North Northwest Highway Chicago, IL 60630-1132 | | | | | |
| | GCS Sercive, Inc. 24673 Network Place Chicago, IL 60673-1246 | | | | | |
| | GE Capital P.O. Box 536447 Atlanta, GA 30353-6447 | | | | | |
| | General Machining Solutions P.O BOX 1175 Calumet City, IL 60409 | | | | | |
| | Gordon Bros. Steel Warehouse 1340 W 43rd St Chicago, IL 60609-3308 | | | | | |
| | Great Lakes Welding Supply, Inc 1226 Birch Drive Schererville, IN 46375 | | | | | |
| | H-F Credit Union 18130 Pulaski Rd Country Club Hills, IL 60478 | | | | | |
| | H-F Credit Union 18130 Pulaski Rd Country Club Hills, IL 60478 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H-O-H Chemicals, Inc. P.O. Box 487 Palatine, IL 60078 | | | | | |
| | Harris Bank (f/k/a Amcore Bank) c/o Edw. Thompson 1620 N. Milwaukee Av. Vernon Hills, IL 60061 | | | | | |
| | Health Concepts LLC 8085 Randolph St Hobart, IN 46342 | | | | | |
| | Heritage- Crystal Clean LLC 13621 Collections Center Dr Chicago, IL 60693-0136 | | | | | |
| | Hernandez Mechanical Inc 701 Norbeh Drive Hebron, IN 46341 | | | | | |
| | Hessville Cable & Sling Co. 1601 Cline Ave Gary, IN 46406 | | | | | |
| | Hinckley Springs P.O. Box 660579 Dallas, TX 75266-0579 | | | | | |
| | Illinois Mechanical Sales, Inc. 2627 North Western Avenue Chicago, IL 60647-2034 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Imbert International Inc 7030 N Austin Ave Niles, IL 60714 | | | | | |
| | Industrial Rents Inc P.O. Box 11672 Merrillville, IN 46411 | | | | | |
| | Intek Manufactuting LLC 11118 Coldwater Road, Suite #200 Fort Wayne, IN 46845 | | | | | |
| | J & L Fasteners 6944 Parrish Ave Hammond, IN 46323 | | | | | |
| | J.P. Larsen Inc P.O. Box 2597 Oaklawn, IL 60455 | | | | | |
| | Jaws Heating & Cooling 4722 West 147th Street 2nd Floor - Suite Midlothian, IL 60445 | | | | | |
| | Johnson Pipe & Supply Co. PO Box 5940 Carol Stream, IL 60197-5940 | | | | | |
| | Just Energy Credit Management Control 200 S Monroe Ave, PO Box 1654 Green Bay, WI 54305-1654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K-Med Corporation 3037 Jonquil Lane Woodridge, IL 60517 | | | | | |
| | Keller Machine & Welding, Inc. 5705 Murvihill Rd. Valparaiso, IN 46383 | | | | | |
| | Key Equipment Finance PO Box 74713 Cleveland, OH 44194-0796 | | | | | |
| | Kirk & Blum PO Box 630202 Cincinatti, OH 45263-0202 | | | | | |
| | LaGrange Crane Service, Inc. 6180 River Road Hodgkins, IL 60525 | | | | | |
| | Lee Mandel & Associates Inc 415 W Jackson Ave Naperville, IL 60540-5205 | | | | | |
| | Liberty Propane PO Box 458 Lemont, IL 60439-0458 | | | | | |
| | Lift Works, Inc. 1130 Carolina, Unit F West Chicago, IL 60185 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ludeca Inc 1425 N,W. 88th Ave Doral, FL 33172-3017 | | | | | |
| | M&B Fabricating 815 MCCooI Road Valparaiso, IN 46385 | | | | | |
| | MSC Industrial Supply Co P.O. Box 382070 Pittsburgh, PA 15250-8070 | | | | | |
| | Marco Supply Company, Inc 999 W. 37th St. Chicago, IL 60609 | | | | | |
| | McCann Industries Inc 38951 Eagle Way Chicago, IL 60678-1389 | | | | | |
| | Meany Electrical Contractors 17401 S Laflin East Hazel Crest, IL 60429-1864 | | | | | |
| | Meilner Mechanical 19 W College Dr Arlington Heights, IL 60004-1954 | | | | | |
| | Mercon Supply 2865 Festival Drive Kankakee, IL 60901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mid Lakes Distributing 1029-37 W Adams St Chicago, IL 60607-2995 | | | | | |
| | Midwest Machine Service Inc 5632 W Pleasant Blvd Chicago Ridge, IL 60415 | | | | | |
| | Midwest Machining & Fabricating Inc 711 W Main St Griffith, IN 46319 | | | | | |
| | Minster Mechanical Sales 2120 S Halsted St Chicago Heights, IL 60411 | | | | | |
| | Mobile Mini Inc 7420 S Kyrene Rd Suite#101 Tempe, AZ 85283 | | | | | |
| | Modular Space Corporation 12603 Collections Center Dr Chicago, IL 60693-0126 | | | | | |
| | Motion Industries, Inc. P.O. Box 504606 St. Louis, MO 63150-4606 | | | | | |
| | Nagle Obarski PC 222 South Mill Street, Suite 200 Naperville, IL 60540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Namasco P.O Box 11 Peosta, IA 52068 | | | | | |
| | Nickelson Industrial Service 8501 S. Baltimore Ave. Chicago, IL 60617 | | | | | |
| | Nicor P.O. Box 0632 Aurora, IL 60507-0632 | | | | | |
| | Nipsco P.O. Box 13007 Merrillville, IN 46411-3007 | | | | | |
| | Nobel Air, LLC 6652 W. 88th St. Oak Lawn, IL 60453 | | | | | |
| | Novaspect 1776 Commerce Drive Elk Grove Village, IL 60007 | | | | | |
| | P&G Engineering Company 11924 S 88th Ave Palos Park, IL 60464 | | | | | |
| | Pipe Fitters Retirement Fund Local 597 45 N. Ogden Avenue Chicago, IL 60607 | | | | | |
| | Pipe Fitters Welfare Fund Local 597 45 N. Ogden Av. Chicago, IL 60607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portage Electric Supply Corp 6487 Melton Road Portage, IN 46368-1269 | | | | | |
| | Portage Home Center 6455 Melton Rd US-20 Portage, IN 46368 | | | | | |
| | Praxair 963- Praxair Distribution Dept CH 10660 Palatine, IL 60055-0660 | | | | | |
| | Recco Tool & Supply 8805 Joliet Road McCook, IL 60525 | | | | | |
| | Robert-James Sales, Inc. P.O. Box 7999 Buffalo, NY 14225 | | | | | |
| | Roberts Environmental Control Corp 8500 W 185th St Suite B Tinley Park, IL 60487 | | | | | |
| | Roof Products & Systems PO BOX 5133 Chicago, IL 60680-5133 | | | | | |
| | Ruben Alonso | | | | | |
| | Russ Kanz 3707 Cleveland Av. Brookfield, IL 60513 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | S&M Properties 15439 Wildflower Ln. Westfield, IN 46074-9779 | | | | | |
| | School District Publishing 1507 East 53rd St Dept 601 Chicago, IL 60515 | | | | | |
| | Selective Insurance Box 371468 Pittsburgh, PA 15250-7468 | | | | | |
| | Setan Identification Products P.O. Box 95904 Chicago, IL 60694-5904 | | | | | |
| | Sheet Metal Workers Local Union 265 National Fund Office P.O. Box 79321 Baltimore, MD 21202 | | | | | |
| | Sherwin Williams 5111 Dansher Rd Countryside, IL 60525 | | | | | |
| | South Side Control Supply Co. 488 North Milwaukee Avenue Chicago, IL 60610-7923 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Special T Unlimited 4835 W Butterfield Road Hillside, IL 60162-1483 | | | | | |
| | Sprint P.O. Box 4191 Carol Stream, IL 60197-5400 | | | | | |
| | Staples Dept 51-7819705954 PO Box 689020 Des Moines, IA 50368-9020 | | | | | |
| | Steel Cities Steels Inc 395 Melton Rd Burn Harbor, IN 46304 | | | | | |
| | Steiner 1250 Touhy Ave. Elk Grove Village, IL 60007 | | | | | |
| | Swift Saw & Tool Supply 1200 W 171st St Hazel Crest, IL 60429 | | | | | |
| | TCS Corporation 8221 W Palmoma Dr Orland Park, IL 60462 | | | | | |
| | Target Truck Rentals 999 US 41 P.O. Box 675 Schererville, IN 46375 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Teamsters Local 142 1300 Clark Road Gary, IN 46404 | | | | | |
| | Temperature Equipment Corp. Lockbox#774503 4503 Solutions Center Chicago, IL 60677 | | | | | |
| | The Computor Guy 500 W Irving Park Rd Bensenville, IL 60106 | | | | | |
| | The Daily Journal Eight Dearborn Square Kankakee, IL 60901 | | | | | |
| | Thermosystems, Inc. 1153 North Main Street Lombard, IL 60148 | | | | | |
| | Toshiba America Business Solutions P.O. Box 740441 Atlanta, GA 30374-0441 | | | | | |
| | Total Safety 320 Industrial Dr Griffith, IN 46319 | | | | | |
| | Varied Products Of Indiana Inc 2180 North State Road 149 Chesterton, IN 46304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon North P.O. Box 9688 Mission Hills`, CA 91346-9688 | | | | | |
| | Village Of Alsip 4500 W 123rd St Alsip, IL 60803-2599 | | | | | |
| | WMI Technologies, Inc. 2019 Corporate Lane Suite 111 Naperville, IL 60563 | | | | | |
| | Warehouse Direct 1601 W Algonquin Road Mount Prospect, IL 60056 | | | | | |
| | White Cap Construction Supply 9950 S 134th St Omaha, NE 68138-6199 | | | | | |
| | Wiesbrook Sheet Metal INC. 25502 West Ruff Road Plainfield, IL 60544 | | | | | |
| | William Pavlecic Architect 53 W Jackson Blvd Chicago, IL 60604 | | | | | |
| | Wright Express Fleet Services PO Box 6293 Carol Stream, IL 60197-6293 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | York International Corp Unitary Products PO Box 905578 Charlotte, NC 28290-5578 | | | | | |
| | Zonatherm 251 Holbrook Wheeling, IL 60090 | | | | | |
| 23 | ANNE SLUDER | | | | | |
| 21 | GE MONEY BANK | | | | | |
| 20 | GENERAL MACHINING SOLUTIONS | | | | | |
| 17 | ILLINOIS MECHANICAL SALES, INC. | | | | | |
| 8U | INDUSTRY IMPROVEMENT FUND, LOCAL 59 | | | | | |
| 8U-2 | INDUSTRY IMPROVEMENT FUND, LOCAL 59 | | | | | |
| 11 | LIFT WORKS, INC. | | | | | |
| 15 | MCCANN INDUSTRIES INC | | | | | |
| 16 | MERCON SUPPLY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | NOBEL AIR, LLC | | | | | |
| 2U | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| 2U-2 | PIPE FITTERS RETIREMENT FUND, LOCAL | | | | | |
| 4U | PIPE FITTERS TRAINING FUND, LOCAL 5 | | | | | |
| 4U-2 | PIPE FITTERS TRAINING FUND, LOCAL 5 | | | | | |
| 3U | PIPE FITTERS WELFARE FUND, LOCAL 59 | | | | | |
| 3U-2 | PIPE FITTERS WELFARE FUND, LOCAL 59 | | | | | |
| 6U | PIPE FITTERS' INDIVIDUAL ACCOUNT AN | | | | | |
| 6U-2 | PIPE FITTERS' INDIVIDUAL ACCOUNT AN | | | | | |
| 7U | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7U-2 | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| 19 | PORTAGE HOME CENTER | | | | | |
| 18 | RECCO TOOL & SUPPLY | | | | | |
| 13 | STEINER | | | | | |
| 9 | WAREHOUSE DIRECT | | | | | |
| 22 | WRIGHT EXPRESS FLEET SERVICES | | | | | |
| 24U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |